X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 14, 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>IBIRONKE MERCY ALAGA,<br>Defendant. | Case No. 2:26-cr-00125-RFB-MDC<br><br>**ORDER** |

Having appeared in Court on July 14, 2026, and because the interests of justice so require,

**IT IS ORDERED** that Lance Hendron, Esq., is hereby appointed to represent Defendant IBIRONKE MERCY ALAGA for the sole purpose of the initial appearance.

**IT IS FURTHER ORDERED** that Guinness I. Ohazuruike, Esq., will remain as attorney of record.

DATED: July 14, 2026
Nunc Pro Tunc: July 8, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE